UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES WILLIAMS,

   Plaintiff,

v.                                                   Case No. 5:19cv89-TKW-MJF

R HUGHES and A MURRELL,

   Defendants.
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 61). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition of Defendant Murrell's motion to dismiss. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Murrell's motion to dismiss (Doc. 36) is DENIED without prejudice to refiling after the period of limited discovery authorized by the magistrate judge.

3. The case is recommitted to the magistrate judge for further proceedings.

**DONE and ORDERED** this 16th day of February, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**