# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JAMES WILLIAMS,**

    **Plaintiff,**

**v.**                                                                    Case No. 5:19-cv-89-TKW-MJF

**R. HUGHES** and **A. MURRELL,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 65). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims against Defendant Murrell should be dismissed based on Plaintiff's failure to exhaust his administrative remedies.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  Defendant Murrell's motion to dismiss (Doc. 64) is **GRANTED**, and the claims against her are **DISMISSED** for failure to exhaust administrative remedies.

3.  The case is recommitted to the magistrate judge for further proceedings on the claims against Defendant Hughes.

**DONE AND ORDERED** this 9th day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**